# United States District Court

EASTERN DISTRICT OF WISCONSIN

                          **AMENDED**
              **JUDGMENT IN A CIVIL CASE**

**MARY E. VENEGAS,**

        Plaintiff,

       V.                    CASE NUMBER: **05-C-1073**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security Administration,**

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the decision of the Commissioner of the Social Security Administration denying plaintiff's application for Disability Insurance Benefits under Title II of the Social Security Act, 42 U.S.C. §§ 216 and 223, is VACATED.**

**This case is REMANDED to the Commissioner of the Commissioner of the Social Security Administration for further proceedings.**

**Plaintiff's Motion for Attorney Fees is GRANTED in the sum of $7,566.18.**

**This action is hereby DISMISSED.**

    **January 22, 2008**                              **JON W. SANFILIPPO**
Date                                               Clerk

                                                     s/ Linda M. Zik
                                                     (By) Deputy Clerk